# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD MARVIN,<br><br>Plaintiff,<br><br>v.<br><br>SAINT MARY'S CREDIT UNION, JOHN DOES 1-10 and XYZ CORPORATIONS<br>Defendants. | Civil Action No: 12-3876 (CCC)<br><br><br><br>**O R D E R** |

This matter comes before the Court on Saint Mary's Credit Union's ("Defendant") motion to dismiss the Complaint of Plaintiff Donald Marvin ("Plaintiff") for lack of personal jurisdiction, improper venue and/or Plaintiff's failure to state a claim upon which relief can be granted (Docket No. 8). On June 10, 2013, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that this matter be dismissed for lack of personal jurisdiction. No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Dickson's Report and Recommendation, dated June 10, 2013 and for substantially the same reasons stated therein,

IT IS on this 25th day of June, 2013

**ORDERED** that this Court adopts Judge Dickson's June 10, 2013 Report and Recommendation and thus dismisses this action without prejudice. The Clerk of the Court shall close this matter.

_s/ Claire C. Cecchi_
**HON. CLAIRE C. CECCHI**
**United States District Judge**